# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Billy Joe Paige, #211562,
(MBP) 1960, US Hwy 41 South,
Marquette, MI 49855

original copy

vs.

Civil Action No.

State Attorney General
Michael A. Cox, 525
W. Ottawa B. Mennen
Williams Bldg, 9th Fl.
P.O. Box 30212, Lansing,
MI 48913, Def. sued in his
official capacity.

FILED
OCT 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-01915
Assigned To : Unassigned
Assign. Date : 10/24/2007
Description: Pro Se General Civil

## Complaint

Setting forth the facts of your case.

1. In the year of 2006, I do believe I mailed a complaint to the U.S. Attorney General's office in Grand Rapids, MI reporting (MDOC) empl.s breaking into the U.S. mail box at (LMF) Hu# 8 and throwing my mail away.

RECEIVED
SEP 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. I was advised by that office, to send my compl. to the State Att. Gen. office to investigate.
(Continue 1 on next page)

1

3. I follow those instructions, by mailing to Michael A. Cox, Lansing office on 3/22/2006, 1) corresp. with grievance idf. LMF 2005/11/4035/15c, and attachments, & step III in a seal envelope. by expedited Legal mail form (CSJ-318) postage amount $.87 cent. See attached as exhib. 1) Canary expedited legal to Mr. Cox, above.

4. I repeated this same process, of mailing 1) corresp. and First step griev. receipt dated 12/27/05 idf. LMF 05-12-4331-28E Grv. untimely, to Michael A. Cox, Lansing office by expedited Legal mail form (CSJ-318) on (LMF) Tampering with mail box by empl.s to delay griev. form for an investigation. dated 3/31/06, see attached as exhib. 2) Canary expedited Legal to Mr. Michael Cox, above. postage amount $.39 cent.

5. After not receiving a proper resp. from Mr. Cox's office from my expedited Legal mail forms, in over (3) months, I wrote another 1) pg. corresp. Letter to him at the Lansing office asking him about the investigation see attached as exhib. 3) dated 6/9/06, canary copy (CSJ-318) form, postage amount $.39 cent.

— (2) —

6. Because Michael Cox, is not a (MDOC) empl. but a subornate empl. of the U.S. Attorney general. I had to file (6) month notice with that office. Before I could bring this civil law suit against Mr. Cox see that supporting notice filed to the U.S. Att. Gen. office at the U.S. Dept. of Justice given them a Two pg. notice of new case by expedited legal canary copy dated as exhib. 4) 9/17/06. postage amount $39 cent. This action arose at the U.S. Att. Gen. office Dept. of Justice Washington, D.C.

7. The above exhib. 4) shows that I have met the exhaustion requirment in this state, by filing notice with the U.S. Attorney general head admin. Bldg. of suing one of his state Attorney general's after (6) month notice for him investigate which he never responded to that he would take any action on behalf of his subornate state officer being sued in this state court or jurisdiction.

8. and to acknowlege ~~further~~ further exhaustion (MBP) Grievance coordinator Mike Laitinen, had prisoner place on grievance modified access status eff. 8/29/07 to 11/29/07.

— (3) —

When I requested a proper step I grievance form on Sept. 9, 2002, concerning this Issue on Michael Cox his response dated Sept. 10, 2002, was * Denied (MDP) has no jurisdiction over the named state official and your stated Issues are untimely in nature. *

9. Plaintiff has no other plain adequate ~~legal remedy~~ or complete remedy at law to redress the federal constitional violations by the defendant of title 18 U.S.C. section. to willfully, with malicious intent refuse to investigate, under his oath in office the Mich. Const. 1963 Art. 11, § 1, provides "All officers, before entering upon the duties of their respective offices, shall take and subscribe the following oath or affirmation: I do solemnly swear (or affirm) that I will support the constitution of the United States etc. and that I will faithfully discharge the duties of the office of according to the best of my ability.

(LMF) empl.s cited in the step III, exhib. 1) of tampering or breaking in the U.S. mail box. of the wrong described herein.

—(4)—

10. Michael Cox did violate his top supervisor U.S. Attorney General now, Hon. Alberto Gonzales Federal criminal civil rights statutes most often employed in the area of police (misc) are §§ 241 and 242 of Title 18 of the U.S.C. These statutes make it a crime for anyone, acting under color of law, willfully to deprive any inhabitant of the United States of a right secured or protected by the constitution or laws of the United States.

11. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendant unless this Hon. court grants the A. declaratory judgment and if plaintiff gets a declaratory judgment in his favor, and the Def. dosn't follow it, than I would like to ask this Hon. court for an injunction relief later on to make them do so.

### PRAYER FOR RELIEF

Wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff:

— (5) —

12. A declaration that the acts and omissions described herein violated plaintiff's rights under the constitution and laws of the United States.

13. [REDACTED] have Def. to do the investigation of tampering or breaking in the U.S. mail box at LMF, and provide plaintiff with a full copy of that report & any action taken against MDOC empls.

Dated: 9/17/07
Respectfully submitted,

Billy L. Paige #211562
(MDO) 1960 US Hwy 41
South, Marquette,
MI 49855, E813

VERIFICATION

If executed within the United States, its territories, possessions, or commonwealths: I declare under penalty of perjury that the foregoing is true and correct.

Executed on.
Dated: 9/12/07

(Exhib. 1)

# MICHIGAN DEPARTMENT OF CORRECTIONS
## DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER)

4835-3318 5/02
CSJ-318

Please PRINT clearly illegible and/or incomplete forms will not be processed.

Lock: B-128C
Institution: LMF

Prisoner Number: 211567
Prisoner Name (Print Clearly): PAIGE

[✓] Legal Postage
[ ] Filing Fee $
[ ] Certified Mail (Must Be a Court Ordered Requirement)
[ ] New Case
[ ] Case Number

Pay To: PRISONER ORG. ACCT
Mailing Address: Michael Cox Att. Gen. Mich. Dept. of Att. Gen. P.O. Box 30212 Lansing, MI 48909 Encl. 1) Corresp. with grievance Id.F. LMF 2005/11/4035/13C, and Eq. Attachments in a seal envelope, & Step III Attach-

**The following section must be completed in Authorizing Staff Member's presence.**

Prisoner Signature: Billy Paige
Date & Time Submitted: 3/22/06 Time: 8:25 AM

Received By (Print Name & Title): [signature]
Staff Signature: [signature]
Date & Time Received by Authorizing Staff: 3/22/06 8:25

**Authorization Denied:**
[ ] Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.
[ ] Not hand delivered to authorizing staff member.
[ ] Does not include court order for handling as certified mail.
[ ] Prisoner refused to sign & date in staff member's presence.
[ ] New case or case number not on form
[ ] Other

07 1915
FILED
OCT 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Section below to be completed by Mail Room Staff**

Placed in Mail by (Print Name & Title): S. Andrews
Signature: [signature]
Postage Amount: $.87
Date & Time Placed in Outgoing Mail: 3/22/06 1300

**Only Business Office Staff Are to Write in the Section Below**

| Obligation Amount | Actual Expense |
|---|---|
| .87 | |
| | |

[ ] Court Filing Fee Denied due to NSF.

Date Posted: 3/23/06
Date & Time Copy Sent to Prisoner: 3/23/06 11:00 AM

Processed By (Print Name & Title): L. LaCombe, Acct. Assist
Signature: L. LaCombe

DISTRIBUTION:   White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner

(EXHIB. 2)

| MICHIGAN DEPARTMENT OF CORRECTIONS | 4835-3318 5/02 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER) | CSJ-318 |

**Please PRINT clearly illegible and/or incomplete forms will not be processed.**

Lock: B-128C   Institution: (LMF)

Prisoner Number: 211567   Prisoner Name (Print Clearly): PAIGE

☒ Legal Postage   ☐ Filing Fee $ _____   ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case   ☐ Case Number

Pay To: PRISONER ORG. ACCT./ IN A SEAL ENVELOPE
Mailing Address: MIKE COX STATE OF MICHIGAN ATTORNEY GENERAL OFFICE P.O. BOX 30212 LANSING, MI 48909 ENCL.(1) CORRESP. and 1) FIRST STEP GRIEV. RECEIPT DATED 12/27/05 idf: LMF 05/12/4331/28E

GRV.# untimely

**The following section must be completed in Authorizing Staff Member's presence.**

Prisoner Signature: Billy Paige   Date & Time Submitted: 3/31/06 Time: 8:20 PM

Received By (Print Name & Title): _____   Staff Signature: _____

Date & Time Received by Authorizing Staff: 3/31/06 8PM

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.
☐ Not hand delivered to authorizing staff member.
☐ Does not include court order for handling as certified mail.
☐ Prisoner refused to sign & date in staff member's presence.
☐ New case or case number not on form.
☐ Other _____

**Section below to be completed by Mail Room Staff**

Placed in Mail by (Print Name & Title): K. Gollinger   Signature: KG

07 1915

Postage Amount: $ .35   Date & Time Placed in Outgoing Mail: 1120 3-31-06

**Only Business Office Staff Are to Write in the Section Below**

| Obligation Amount | Actual Expense |
|---|---|
|  | .39 |
|  |  |
|  |  |

☐ Court Filing Fee Denied due to NSF

FILED OCT 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date Posted: _____
Date & Time Copy Sent to Prisoner: 040306 1000

Processed By (Print Name & Title): S MURPHY ACCT ASST   Signature: S. Murphy

DISTRIBUTION: White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner

(EXHIB. 3)

| MICHIGAN DEPARTMENT OF CORRECTIONS | 4835-3318 5/02 |
| --- | --- |
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER) | CSJ-318 |

Please PRINT clearly illegible and/or incomplete forms will not be processed.

**Lock:** B-128c    **Institution:** (LMF)

**Prisoner Number:** 211567    **Prisoner Name (Print Clearly):** PAIGE

☑ Legal Postage   ☐ Filing Fee $ _____   ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case   ☐ Case Number _____

**Pay To / Mailing Address:** PRISONER ORG. ACCT. MICHAEL COX MICHIGAN ATTORNEY GENERAL OFFICE; MICHIGAN DEPT. OF CORRECTIONS P.O. BOX 30212, LANSING, MI 48909 ENCL. 1) CORRESP.

The following section must be completed in Authorizing Staff Member's presence.

**Prisoner Signature:** Billy Paige    **Date & Time Submitted:** 6/9/06 Time: 8:30am

**Received By (Print Name & Title):** MM    **Staff Signature:** MM

**Date & Time Received by Authorizing Staff:** 6/9/06 0830

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.
☐ Not hand delivered to authorizing staff member.
☐ Does not include court order for handling as certified mail.
☐ Prisoner refused to sign & date in staff member's presence.
☐ New case or case number not on form.
☐ Other _____

07 1915
FILED
OCT 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Section below to be completed by Mail Room Staff

**Placed in Mail by (Print Name & Title):** S Andrews    **Signature:** [signature]

**Postage Amount:** $.39    **Date & Time Placed in Outgoing Mail:** 6/9/06 1:30pm

Only Business Office Staff Are to Write in the Section Below

| Obligation Amount | Actual Expense |
| --- | --- |
|  | 39 |

☐ Court Filing Fee Denied due to NSF.

**Date Posted:** 6/12/06
**Date & Time Copy Sent to Prisoner:** 6/12/06 11:00am

**Processed By (Print Name & Title):** L LaCombe Acctg Assist    **Signature:** L LaCombe

DISTRIBUTION:  White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner

(EXHIB. H)

| | |
|---|---|
| MICHIGAN DEPARTMENT OF CORRECTIONS | 4835-3318 5/02 |
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER) | CSJ-318 |

Please PRINT clearly illegible and/or incomplete forms will not be processed.

Lock: B-128C
Institution: (LMF)

Prisoner Number: 211567
Prisoner Name (Print Clearly): PAIGE

[✓] Legal Postage
[ ] Filing Fee $
[ ] Certified Mail (Must Be a Court Ordered Requirement)
[✓] New Case
[ ] Case Number

Pay To: PRISONER ORG. ACCT.
Mailing Address: U.S. Attorney General's Office
U.S. Dept. of Justice Admin. Bldg.
950 Pennsylvania Ave, NW Washington
DC 20530-7000  Two pg. Notice in a ___ Seal
Envelope.

**The following section must be completed in Authorizing Staff Member's presence.**

Prisoner Signature: Billy Paige
Date & Time Submitted: 7/17/06 Time

Received By (Print Name & Title): ___
Staff Signature: ___
Date & Time Received by Authorizing Staff: 7/17/06 0905

**Authorization Denied:**

[ ] Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.
[ ] Not hand delivered to authorizing staff member.
[ ] Does not include court order for handling as certified mail.
[ ] Prisoner refused to sign & date in staff member's presence.
[ ] New case or case number not on form.
[ ] Other ___

07 1915
**FILED**
OCT 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Section below to be completed by Mail Room Staff**

Placed in Mail by (Print Name & Title): K. Gollinger
Signature: KG
Postage Amount: $ .39
Date & Time Placed in Outgoing Mail: 7/17/06 1030

**Only Business Office Staff Are to Write in the Section Below**

| Obligation Amount | Actual Expense | |
|---|---|---|
| | 21 | |
| | 18 | |

[ ] Court Filing Fee Denied due to NSF.

Date Posted: 7/18/06
Date & Time Copy Sent to Prisoner: 7/18/06 11:00 AM

Processed By (Print Name & Title): L LaCombe Acct Assist
Signature: L LaCombe