FILED

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Billy Joe Paige,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )       Civil Action No.    07 1915
                                    )
State Attorney General Michael A. Cox, )
                                    )
            Defendant.              )


## TRANSFER ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application to proceed *in forma pauperis*. Plaintiff is a prisoner incarcerated in Marquette,

Michigan, suing the Michigan Attorney General. The lawsuit is based on the alleged handling of

plaintiff's request for an investigation. The defendant is located in Michigan, which is where

the events giving rise to the claim are alleged to have occurred. This judicial district is the

wrong venue for litigating plaintiff's claim. *See* 28 U.S.C. § 1391(b) (establishing proper

venue). The Court finds it in the interests of justice and judicial economy to transfer the case.

Accordingly, it is this /2Th day of October 2007,

        ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the

United States District Court for the Western District of Michigan. Whether plaintiff should be

permitted to proceed further without prepayment of fees is a determination to be made by the

transferee court.

_____
United States District Judge

3